Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

No. 65899.—New York Merchandise Co., Inc. *v.* United States, protest 60/27249 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of piano benches similar in all material respects to those the subject of *New York Merchandise Co., Inc.* v. *United States* (44 Cust. Ct. 144, C.D. 2169), the claim of the plaintiff was sustained.

No. 65900.—Hawkins Export Import Co. *v.* United States, protest 60/16503 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of articles in chief value of base metal, composed of copper, and that they are chiefly used in the household, the claim of the plaintiff was sustained.

No. 65901.—Hawkins Export Import Co. *v.* United States, protest 60/16593 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of articles in chief value of base metal, composed of copper, and that they are chiefly used in the household, the claim of the plaintiff was sustained.

No. 65902.—F. E. Macartney, Inc. *v.* United States, protest 58/71 (Duluth).